**A. D. JONES, movant, v. COMMON-WEALTH of Kentucky, opposed.**

Court of Appeals of Kentucky.

Feb. 13, 1951.

O. H. Brooks, Mayfield, for movant.

A. E. Funk, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Marshall Circuit Court. Judgment of conviction for possessing intoxicating liquor for sale in local option territory and imposing sentence of $50 fine and 30 days in jail.

Appeal denied. Judgment affirmed.